JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN NUNEZ RODRIGUEZ, | Case No. 5:26-cv-00580-DOC-MAA |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN ADELANTO DETENTION FACILITY, et al., | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge (ECF No. 12), and after review of the Joint Status Report filed by the parties on March 17, 2026 reporting compliance with that Order (ECF No. 13) and the Request to Enter Judgment filed by Petitioner on March 20, 2026 (ECF No. 14),

IT IS ORDERED AND ADJUDGED that the Petition is GRANTED as to Claim Three and DENIED AS MOOT as to the remaining claims.

DATED:   March 25, 2026

_David O. Carter_

_____

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE